*Order Directing Briefing and Oral Argument on a Request to Answer Certified Question Entered September 25, 2015:*

*In re* CERTIFIED QUESTION FROM THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT (DEACON V PANDORA MEDIA, INC), No. 151104. On order of the Court, the question certified by the United States Court of Appeals for the Ninth Circuit is considered. We direct the Clerk to schedule oral argument on whether to grant the request to answer the certified question. MCR 7.308(A)(3). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether Deacon has stated a claim against Pandora for violation of the Michigan Video Rental Privacy Act, MCL 445.1711 *et seq.,* by adequately alleging that Pandora is in the business of "renting" or "lending" sound recordings, and that he is a "customer" of Pandora, because he "rents" or "borrows" sound recordings from Pandora. The parties should not submit mere restatements of their prior filings.

The Intellectual Property Law Section of the State Bar of Michigan is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

*Leave to Appeal Denied September 25, 2015:*

MAIER V MAIER, No. 152119; Court of Appeals No. 322109.

*In re* MAGEE, No. 152148; Court of Appeals No. 324507.

*Summary Disposition September 29, 2015:*

GOEDKER V SCHRAM, No. 151341; Court of Appeals No. 324587. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted.

GOEDKER V SCHRAM, No. 151375; Court of Appeals No. 324074. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted.

GOEDKER V SCHRAM, No. 151415; Court of Appeals No. 324822. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted.

*Leave to Appeal Denied September 29, 2015:*

PEOPLE V JARVON BROWN, No. 148160; Court of Appeals No. 305794. By order of September 29, 2014, the application for leave to appeal the October 8, 2013 judgment of the Court of Appeals was held in abeyance